**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **JARAD ROSS BARNES,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:26-cv-50-MTT-CHW** |
| | : | |
| **COMMISSIONER TYRONE** | : | |
| **OLIVER,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER

Presently pending before the Court are Plaintiff's claims seeking relief pursuant to 42 U.S.C. § 1983.  On April 24, 2026, Plaintiff was ordered to complete his § 1983 filing form in full and submit a proper and complete motion for leave to proceed *in forma pauperis*.  The time for compliance has expired, and Plaintiff has not complied.

Plaintiff has contacted the Court to explain that he has been in segregated confinement since April 7, 2026, and he cannot respond to court orders or send outgoing mail.  Plaintiff also confirmed that he received the April 24th Order in a timely manner, but he did not indicate when he expected to be released from segregation.

As such, the Court will provide Plaintiff with an additional **TWENTY-ONE (21) DAYS** from the date of this Order to comply with the April 24th Order by (1) completing the required § 1983 form in full and (2) submitting a proper and complete motion to proceed *in forma pauperis*, which should include a certified copy of his prison trust fund account information.  **If Plaintiff does not timely and fully comply with this Order, this action**

**may be dismissed.** Plaintiff is further **DIRECTED** to notify the Court immediately in writing of any change of address. There shall be no service of process in this case until further order of the Court.

      **SO ORDERED**, this 8th day of June, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

2